**UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| : | Chapter 13 |
| ANTHONY ANDERSON : | |
| CHANEL ANDERSON : | Bankruptcy No. 15-11319 |
| : | |
| Debtor(s) : | |

## CHAPTER 13 PLAN

1.  The future earnings of the Debtor are submitted to the supervision and control of the Trustee and the Debtor(s) or Debtors' employer shall pay to the Trustee the sum of:

    **$600.00 per month for a period of 60 months
    PLAN BASE AMOUNT: $36,000.00**

2.  From the payments so received, the Trustee shall make the disbursements as follows:

    (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507:

    (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

    **STATEBRIDGE COMPANY:** First Mortgage. Pre-Petition arrears, costs and fees to be paid through the Plan. Debtors to remain current post-Petition with direct payments to the creditor outside the Plan.

    **PHFA:** Second Mortgage. No payments through the Plan. debtors current on loan at the time of filing and will remain current post-Petition with direct payments to the creditor outside the Plan.

    (c) Subsequent to dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

**All unsecured creditors that have filed Claims allowed by the Court. 100% Plan.**

3.    The following executory contracts of the debtor are rejected:

Dated: 3/24/15                                                /s/ Anthony Anderson
                                                                          *Debtor*

Dated: 3/24/15                                                /s/ Chanel Anderson
                                                                        *Co-Debtor*

Acceptances may be mailed to:

JONATHAN KRINICK, ESQ.
WILLIG, WILLIAMS & DAVIDSON
1845 WALNUT STREET, 24th FLOOR
PHILADELPHIA, PA 19103
TELEPHONE: 215-814-9227
FAX: 215-567-2310