IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Anthony Anderson,<br>    and Chanel Anderson,<br>               Debtors,<br><br>    Anthony Anderson,<br>    and Chanel Anderson,<br>               Movants,<br><br>v.<br><br>Waterfall Victoria Grantor Trust, Geneva House 1<br>Series F, c/o Statebridge Company, LLC,<br>               Respondent. | Chapter 13<br><br>Case No. 15-11319 JKF<br><br>Related to Doc. # 27<br><br>Doc. # _____ |

## CONSENT ORDER RESOLVING OBJECTION TO PROOF OF CLAIM #1

AND NOW, this___*7th*___ day of ___*January*___, 2016, upon consideration of Debtors'
Objection to Proof of Claim of Waterfall Victoria Grantor Trust, Geneva House 1 Series F, c/o
Statebridge Company, LLC, and any response thereto, and the parties agreeing to resolve the matter in
accordance with the terms of the Order, it is hereby ORDERED and DECREED:

1.  The Objection to Proof of Claim #1 is hereby marked RESOLVED.

2.  Proof of Claim #1 is hereby an ALLOWED SECURED CLAIM and Proof of Claim #1 is

    hereby amended as follows:

    a.  The pre-petition arrears are reduced to $30,276.89 (reflecting credit for $1,432.42 in
        escrow shortage or deficiency).

    b.  The total claim is reduced to $153,983.08 (reflecting credit for $1,432.42 in escrow
        shortage or deficiency).

3.  This order shall constitute an amendment to the Proof of Claim.  All other terms of the

    proof of claim remain unchanged.

The parties hereby agree to the form of this Order and that facsimile and/or electronic signatures shall be valid and binding as original signatures.

/s/ *William E. Miller*
William E. Miller, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, PA 18976
Telephone: 215-572-8111 x1156
wmiller@sterneisenberg.com
Counsel for Creditor
Date: January 6, 2016

/s/ *Jonathan Krinik*
Jonathan Krinik, Esquire
Willig, Williams & Davidson
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
(215) 814-9227
jkrinick@wwdlaw.com
Counsel for Debtors
Date: January 6, 2016

BY THE COURT:

UNITED STATES BANKRUPTCY JUDGE